USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eastwood, et al,

                                    Plaintiffs,

        -v-

City of New York, et al,

                                    Defendants..

Case No.
05-cv-9483 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

        The above-captioned case is hereby consolidated with 04 cv 7922, *Schiller v. City of*

*New York*, for discovery purposes as related to the protest activity and arrests during the 2004

Republican National Convention and is referred to Magistrate Judge Francis for discovery

Dated: November  17  ,2005
        New York, New York

                                    KENNETH M. KARAS
                                    UNITED STATES DISTRICT JUDGE