UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
COREY EASTWOOD, JESSE HENRY, GAURAV JASHNANI,
CHRIS DWYER, and DANIEL DWYER,

                Case no. 05 CV 9483

        Plaintiffs,
  against

                **AFFIDAVIT OF**
THE CITY OF NEW YORK, et al.,                **SERVICE**

        Defendants.
------------------------------------------------------------------------x

State of New York  )
                  ) ss.:
County of New York  )

    Luis R. Ayala, being duly sworn, deposes and says that the deponent is not a party to this action, is over the age of eighteen years, is an independent process server (license number 1024905), and resides in the State of New York:

    (1)    That on November 14, 2005 at 5:35 p.m., deponent served a true copy of the summons and complaint in the above-captioned matter upon Defendant Captain Thomas Kavanagh at his place of employment, PSA 5, 221 East 123rd Street, New York, NY 10029. The documents were accepted and signed for by Sgt. Campose (#1673). Sgt. Campose was Caucasian, approximately 5'11" tall, 200 pounds, 40 years old, bald with glasses.

    (2)    That on November 16, 2005 at 12:10 p.m., deponent served true copies of the summons and complaint in the above-captioned matter upon Defendants Patrick Quigley, Carmine Fiore, and Shaun Gumbs, at their place of employment, NYPD, Midtown South Precinct, 357 West 35th Street, New York, NY 10001. All sets of documents were signed for and accepted by P.O. Melindones (#8989). P.O. Melindones was a Caucasian female, approximately

1

45 years old, 5'6" tall, 145 pounds, with green eyes and blond hair

  (3) That on November 21, 2005 at 11:30 a.m., deponent mailed to Defendants Kavanagh, Quigley, Fiore, and Gumbs true copies of the summons and complaint to their place of employment as noted above in paragraphs (1) and (2) in envelopes marked "Personal and Confidential" and without any indication that communication was from an attorney or concerned any action against the defendants. The envelopes were placed in a U.S. mailbox on 23rd Street, between 6th and 7th Avenues, New York, NY 10011.

                _____
                Luis R. Ayala
                109 Seaman Ave., #4E
                New York, NY 10034

Sworn to and Subscribed Before Me
the 21st day of November 2005

_____
NOTARY PUBLIC

        SUSAN C. BAILEY
     NOTARY PUBLIC-STATE OF NEW YORK
        No. 01BA6121503
      Qualified in New York County
    Commission Expires January 18, 2009

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Corey Eastwood, Jesse Henry, Gaurav Jashnani, Chris Dwyer, and Daniel Dwyer

V.

The City of New York, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **05 CV 9483**

TO: (Name and address of Defendant)

Captain Thomas Kavanagh
PSA 5
221 E. 123rd Street
NY, NY 10029

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within _____twenty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   NOV 0 9 2005

#1673

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              Date                   Signature of Server

                                 _____
                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Corey Eastwood, Jesse Henry, Gaurav Jashnani, Chris Dwyer, and Daniel Dwyer

V.

The City of New York, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 CV 9483

TO: (Name and address of Defendant)

Patrick Quigley
Midtown South Precinct
357 W. 35th St.
NY, NY 10001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

P.O. Melendez 8989

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(By) DEPUTY CLERK

DATE NOV 0 9 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                            Date                                          *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Corey Eastwood, Jesse Henry, Gaurav Jashnani,
Chris Dwyer, and Daniel Dwyer

V.

The City of New York, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 CV 9483**

TO: (Name and address of Defendant)

Carmine Fiore
Midtown South Precinct
357 W. 35th St.
NY, NY 10001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

PO Milidonis 8989

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    NOV 0 9 2005

CLERK                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                        Signature of Server

                              _____
                                       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Corey Eastwood, Jesse Henry, Gaurav Jashnani,
Chris Dwyer, and Daniel Dwyer

V.

The City of New York, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 CV 9483

TO: (Name and address of Defendant)

Shaun Gumbs
Midtown South Precinct
357 W. 35th St.
NY, NY 10001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

P.O. Melidnis 8989

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE NOV 0 9 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                    Date                  *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.