UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
Corey Eastwood, et. al.,

                            **Plaintiffs,**

                                                            **NOTICE OF APPEARANCE**

    -against-

The City of New York, et al.,                                             05 CV 9483

                            **Defendants.**
------------------------------------------------------------------------ x

     **PLEASE TAKE NOTICE** that **Jay A. Kranis**, Senior Counsel, hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant The City of New York.

Dated:  New York, New York
          November 28, 2005

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel
                                             of the City of New York
                                        Attorney for Defendant The City of New York
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 788-8683

                              By:     _____/s/_____
                                             Jay A. Kranis (JK2576)
                                             Senior Counsel
                                             Special Federal Litigation Division

To:    Michael L.Spiegel, Esq.(MS 0856)
        111 Broadway, Suite 1305
        New York, NY 10006
        (212) 587-4271