UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
Corey Eastwood,

                                  **Plaintiff,**

                                                              **NOTICE OF APPEARANCE**

   -against-

The City of New York, et al.,                            05 CV 9483 (KMK) (JCF)

                                  **Defendants.**
------------------------------------------------------------------------ x

       **PLEASE TAKE NOTICE** that **Jed M. Weiss**, Assistant Corporation Counsel, hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York, effective December 13, 2005.

Dated:  New York, New York
         December 13, 2005

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel
                                              of the City of New York
                                          Attorney for Defendant City of New York
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 788-0786


                                     By:    _____
                                                Jed M. Weiss (JW 5293)
                                                Assistant Corporation Counsel
                                                Special Federal Litigation Division

To:    Michael L. Spiegel Esq. (via ECF)
         Attorney for Plaintiff