

**MEMO ENDORSED**

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JED M. WEISS
Assistant Corporation Counsel
jweiss@law.nyc.gov
(212) 788-0786
(212) 788-9776 (fax)

February 6, 2006

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/06
```

**VIA FACSIMILE**
Honorable James C. Francis, IV
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Eastwood v. City of New York, 05 CV 9483 (KMK) (JCF)

Your Honor:

I am the attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to the defense of the above-referenced matter. For the reasons set forth herein, I respectfully requests a brief enlargement of time to respond to the complaint from February 3, 2006, to February 10, 2006. Plaintiff's counsel consents to this request. Because I was on trial before the Honorable Harold Baer, Jr. in the matter of Delores Johnson v. City of New York et al., 04-CV-3189 (HB)(HBP), I was not able to meet with the defendant officers and answer on their behalf. The trial has concluded, accordingly, I respectfully request until February 10, 2006, to respond to the complaint in the above-referenced matters.

Thank you for your consideration of this request.

Respectfully yours,

Jed M. Weiss (JW 5293)
Assistant Corporation Counsel

cc:   Michael L. Spiegel, Attorney for Plaintiffs

2/6/06
Application granted.
SO ORDERED.
James C. Francis IV
USMJ