UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

| | |
|---|---|
| COREY EASTWOOD, JESSIE HENRY, GAURAV JASHNANI, CHRIS DWYER and DANIEL DWYER,<br><br>          Plaintiffs,<br><br>  -against-<br><br>THE CITY OF NEW YORK et al.,<br><br>          Defendants. | **NOTICE OF APPEARANCE**<br><br>05 CV 9483 (KMK)(JCF)<br><br>This document has been electronically filed. |

---------------------------------------------------------------------------x

    **PLEASE TAKE NOTICE** that **Curt P. Beck**, **Esq.**, Special Assistant Corporation Counsel, should be substituted for Jed Weiss as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant The City of New York, effective April 11, 2006.

Dated: New York, New York
    April 11, 2006

            MICHAEL A. CARDOZO
            Corporation Counsel of the City of New York
            Attorney for Defendant City of New York
            100 Church Street
            Room 3-187
            New York, New York 10007
            (212) 676-1395


          By: _____
            Curt P. Beck (CB 1766)
            Special Assistant Corporation Counsel