```
UNITED STATES DISTRICT COURT                (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
COREY EASTWOOD, JESSE HENRY,             : 05 Civ. 9483 (KMK) (JCF)
GAURAV JASHNANI, CHRIS DWYER, and        :
DANIEL DWYER,                            :      O R D E R
                                         :
               Plaintiffs,               :
                                         :
      - against -                        :
                                         :
THE CITY OF NEW YORK, CARMINE            :
FIORE, CAPTAIN KAVANAGH, PATRICK         :
QUIGLEY, SHAUN GUMBS, and DOES and       :
ROES,                                    :
               Defendants.               :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

A pretrial conference having been held on January 12, 2007, it is hereby ORDERED as follows:

1. By January 16, 2007, defendants' counsel shall identify all discovery responses still awaited from plaintiffs, including any authorizations for the release of records.

2. By February 5, 2007, plaintiffs' counsel shall respond, setting forth any arguments why the requested information need not be produced.

3. Defendants' counsel shall reply by February 12, 2007.

4. To the extent that defendants are seeking out-of-state arrest records, defendants' counsel shall provide the form releases to plaintiffs.

5. Defendants' counsel shall proceed with the depositions of plaintiffs. To the extent that plaintiffs subsequently produce documents or provide releases, they shall be subject to further

1

deposition relating to the newly produced information.

SO ORDERED.

*[signature: James C. Francis IV]*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         January 12, 2007

Copies mailed this date:

Michael L. Spiegel, Esq.
The Law Offices of Michael L. Spiegel
111 Broadway, Suite 1305
New York, New York 10006

Curt P. Beck, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007