**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
ALEXANDER DUNLOP,

                Plaintiff,

                                            06-CV-433 (KMK) (JCF)

                                            **AFFIDAVIT OF SERVICE**

        -against-

THE CITY OF NEW YORK, a municipal entity
MICHAEL BLOOMBERG, Mayor of the City of
New York, RAYMOND KELLY, Police
Commissioner of the City of New York, JOSEPH
ESPOSITO, Chief of the Department, New York
City Police Department, THOMAS GRAHAM,
Commanding Officer of the Disorder Control Unit
of the New York City Police Department, JOHN J.
COLGAN, Deputy Chief and Commanding Officer,
Pier 57, New York City Police Department, ,
NEW YORK COUNTY DISTRICT ATTORNEY
ROBERT MORGENTHAU, ASSISTANT
DISTRICT ATTORNEY WILLA CONCANNON,
POLICE OFFICER MAYA GOMEZ, shield number
27230, POLICE OFFICER JOHN DOE's 1-3,
JOHN ROE, Technician, New York County District
Attorney's Office, and the HUDSON RIVER PARK
TRUST, in their individual and official
capacities, jointly and severally,

                            Defendants

-----------------------------------------------------------x

STATE OF NEW YORK    }
                                   ss:
COUNTY OF NEW YORK  }

      I, Kristian Stremberg, being duly sworn, deposes and says that I am over 18 years of age, not a party to this proceeding and reside in Kings County, New York.

      On January 16, 2007 I served the within Plaintiff's Second Amended Complaint,

by mailing via Federal Express Overnight Mail, a true copy thereof enclosed in a postage-paid wrapper to Plaintiff's counsel at the address below:

TO: Mr. James Mirro, Esq.
   Special Assistant Corporation Counsel
   100 Church Street, Room 3-137
   New York, NY 10007

_____
Kristian Stremberg

Sworn to before me
this the 16 day of January, 2007

_____
Notary Public

GINA M. BONICA
Notary Public, State of New York
No. 02BO6120286
Qualified in Suffolk County
Commission Expires On December 20, 2008

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
ALEXANDER DUNLOP,

                Plaintiff,

                                                 06-CV-433 (KMK) (JCF)

                                                 **AFFIDAVIT OF SERVICE**

        -against-

THE CITY OF NEW YORK, a municipal entity
MICHAEL BLOOMBERG, Mayor of the City of
New York, RAYMOND KELLY, Police
Commissioner of the City of New York, JOSEPH
ESPOSITO, Chief of the Department, New York
City Police Department, THOMAS GRAHAM,
Commanding Officer of the Disorder Control Unit
of the New York City Police Department, JOHN J.
COLGAN, Deputy Chief and Commanding Officer,
Pier 57, New York City Police Department, ,
NEW YORK COUNTY DISTRICT ATTORNEY
ROBERT MORGENTHAU, ASSISTANT
DISTRICT ATTORNEY WILLA CONCANNON,
POLICE OFFICER MAYA GOMEZ, shield number
27230, POLICE OFFICER JOHN DOE's 1-3,
JOHN ROE, Technician, New York County District
Attorney's Office, and the HUDSON RIVER PARK
TRUST, in their individual and official
capacities, jointly and severally,

                            Defendants

------------------------------------------------------------x

STATE OF NEW YORK   }
                                 ss:
COUNTY OF NEW YORK  }

     I, Kristian Stremberg, being duly sworn, deposes and says that I am over 18 years of age, not a party to this proceeding and reside in Kings County, New York.

     On January 16, 2007 I served the within Plaintiff's Second Amended Complaint,

by mailing via Federal Express Overnight Mail, a true copy thereof enclosed in a postage-paid wrapper to Plaintiff's counsel at the address below:

TO: Mr. Michael S. Morgan
     Senior Appellate Counsel
     District Attorney of the City of New York
     One Hogan Place
     New York, New York 10013

_____
Kristian Stremberg

Sworn to before me
this the 16 day of January, 2007
_____
Notary Public

GINA M. BONICA
Notary Public, State of New York
No. 02BO6120286
Qualified in Suffolk County
Commission Expires On December 20, 2008