

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*

CURT P. BECK
*Special Assistant Corporation Counsel*
Phone: (212) 676-1395
Fax: (212) 788-9776
cbeck@law.nyc.gov

February 12, 2007

**BY TELECOPIER TO 212.805.7930**

The Honorable Judge James C. Francis IV
United States Magistrate Judge
United States District Courthouse
United States District Court
500 Pearl Street Room 1960
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/07
```

Re: Eastwood, et al v. City of New York, et al – 05 Civ. 9483 (KMK) (JCF)

Dear Judge Francis:

On behalf of defendants in the RNC Consolidated Cases, I write in response to Mr. Spiegel's two letters, the first dated Monday, February 5, 2007, and the second, dated the afternoon of Friday, February 9, 2007 (and received by me yesterday, Sunday, February 11, 2007), and pursuant to your Honor's scheduling order, dated January 16, 2007, in Eastwood et al. v.City of New York, et al. That scheduling order did not contemplate Mr. Spiegel filing yet another "response" the day before defendants' reply was due, let alone "supplementally responding" to matters regarding RNC cases in which no motion was pending.

Accordingly, I respectfully request additional time for defendants' to reply, so that I might confer with defendants' counsel in all the other cases Mr. Spiegel added to the caption of his February 9th letter and to address the new arguments he raised therein. I have spoken with Mr. Spiegel and he has consented to such an adjournment, to, and including, Tuesday, February 20, 2007. The parties would appreciate your Honor So Ordering it.

Respectfully submitted,

Curt P. Beck
Special Assistant Corporation Counsel

CPB/hs

*Application granted. 2/13/07*
*SO ORDERED.*
*James C. Francis IV*
*USMJ*

Cc:  Michael Spiegel, Esq. (by telecopier and email)
     RNC Email Service List