```
UNITED STATES DISTRICT COURT                (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
COREY EASTWOOD, JESSE HENRY,            : 05 Civ. 9483 (KMK) (JCF)
GAURAV JASHNANI, CHRIS DWYER, and       :
DANIEL DWYER,                           :    O R D E R
                                        :
              Plaintiffs,               :
                                        :
       - against -                      :
                                        :
THE CITY OF NEW YORK, CARMINE           :
FIORE, CAPTAIN KAVANAGH, PATRICK        :
QUIGLEY, SHAUN GUMBS, and DOES and      :
ROES,                                   :
              Defendants.               :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/07

Counsel having raised several discovery disputes, it is hereby ORDERED as follows:

1. Plaintiffs need not execute the requested releases for employment, unemployment, school, and social security disability ("SSD") records. Plaintiffs have asserted no claims for lost income, and they have represented that none of them ever received SSD.

2. Plaintiffs shall execute the requested releases for medical, New York City Health & Hospitals, HIPPA, pharmacy, Medicare and Medicaid, and health insurance records.

3. As plaintiff Corey Eastwood has declined to provide releases for any mental health provider, his claims of mental and emotional distress are dismissed.

4. Plaintiffs shall provide complete responses to the following interrogatories: 3 (except that documents received in

1

discovery need not be identified), 7, 8, 10, 11, and 12.

5. Plaintiffs need not respond further to the following interrogatories: 4 (this is encompassed by the answer to interrogatory no. 6 except insofar as plaintiffs claim non-quantifiable physical, mental, or emotional injuries), 5, 6, 9, 13, 15, 16, 22 (based on local civil rule 33.3, not on the First Amendment objection), 23 (same as 22), and 24 (same as 22).

6. Plaintiffs need not produce tax records, as there has been no showing of relevance.

7. Plaintiffs shall produce the requested calendars, correspondence, and day planners.

8. Plaintiffs shall provide the requested releases for arrest records.

9. Plaintiffs shall produce the clothing they wore on the date of their RNC arrests.

10. Plaintiffs need not provide a privilege log, since no specific document is being withheld on grounds of privilege except in one instance where the document has been adequately identified.

11. To the extent disclosure is required by this order, plaintiffs shall produce the responsive information by March 9, 2007.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:  New York, New York
        February 26, 2007

2

Copies mailed this date:

Michael L. Spiegel, Esq.
The Law Offices of Michael L. Spiegel
111 Broadway, Suite 1305
New York, New York 10006

Curt P. Beck, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007