THE LAW OFFICES OF

# MICHAEL L. SPIEGEL

**MEMO ENDORSED**

111 Broadway, Suite 1305
New York, New York 10006
Tel: (212) 587-8558
Fax: (212) 571-7767

March 9, 2007

**BY FAX TO (212)805-7930**
Hon. James C. Francis IV
United States Magistrate Judge
United States District Court
500 Pearl Street, Room 1960
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/07

> Re: *Eastwood, et al. v. The City of New York, et al.*
> 05 CV 9483 (KMK)(JCF)

Dear Judge Francis:

I am counsel for plaintiffs in the above-referenced action. I write to request an extension of time to produce some of the releases encompassed by the Court's February 26, 2007, discovery Order concerning plaintiff Gaurav Jashnani, who is still in Argentina. Assistant Corporation Counsel Curt Beck has consented to a two-week extension of time to produce these releases. Therefore, plaintiff respectfully requests until March 23, 2007, to provide the outstanding releases related to plaintiff Jashnani.

Respectfully submitted,

Michael L. Spiegel
[MS-0856]

MLS:ms

cc: A.C.C. Curt Beck (by fax)

3/9/07
Application granted.
SO ORDERED.
James C. Francis IV
USMJ