UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| TARASIK ABDELL, *et al.*, | 05 Civ. 8453 (KMK)(JCF) |
| COURTNEY LEE ADAMS, *et al.*, | 05 Civ. 9484 (KMK)(JCF) |
| BARBARA ARANEDA, *et al.*, | 05 Civ. 9738 (KMK)(JCF) |
| COREY EASTWOOD, *et al.* | 05 Civ. 9483 (KMK)(JCF) |

                              Plaintiffs,

    -against-

                                                                     **ECF Cases**

THE CITY OF NEW YORK, *et al.*,

                              Defendants.
------------------------------------------------------------------------x

**DECLARATION OF MICHAEL L. SPIEGEL
IN SUPPORT OF MOTIONS FOR LEAVE TO FILE AMENDED COMPLAINTS**

      Michael L. Spiegel, pursuant to 28 U.S.C. § 1746, declares under the penalties of perjury that the following is true:

      1.      I am counsel for plaintiffs in the above-captioned actions, and I submit this declaration in support of plaintiffs' Motions for Leave to File Amended Complaints.

      2.      Attached as Exhibit A is the proposed Third Amended Complaint in <u>Abdell v. The City of New York</u>, 05 Civ. 8453 (KMK)(JCF).

      3.      Attached as Exhibit B is the proposed Third Amended Complaint in <u>Adams v. The City of New York</u>, 05 Civ. 9484 (KMK)(JCF).

      4.      Attached as Exhibit C is the proposed Amended Complaint in <u>Araneda v. The City of New York</u>, 05 Civ. 9738 (KMK)(JCF),

5. Attached as Exhibit D is the proposed Amended Complaint in Eastwood v. The City of New York, 05 Civ. 9483 (KMK)(JCF).

6. Attached as Exhibit E is the Complaint which has been filed in Kennedy, *et al.* v. The City of New York, *et al.,* 07 Civ. 7678, as a related case to Adams v. The City of New York, 05 Civ. 9484 (KMK)(JCF).

7. On August 23, 2007, I served the proposed amended complaints in Abdell, Adams, Araneda, and Eastwood on the Corporation Counsel of the City of New York and sought their consent to the filing of each amended complaint. They have refused to consent to the filing of the proposed amended complaints.

Dated: August 30, 2007
      New York, New York

                                    /s/
                              Michael L. Spiegel, Esq. [MS0856]
                              111 Broadway, Suite 1305
                              New York, NY 10006
                              (212)587-8558