USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08



**MEMO ENDORSED**

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JAMES MIRRO
*Special Assistant Corporation Counsel*
*phone (212) 788-8026   fax (212) 788-9776*

March 31, 2008

**BY FAX**

The Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street - Room 1960
New York, New York 10007-1312

LEAD CASE
04 CIV 7922 (RJS)(JCF)
FILE IN ALL RNC CASES

Re: **RNC Consolidated Cases**

Dear Judge Francis:

      In orders dated March 19, 2008 and March 26, 2008, Your Honor ordered the parties to identify all non-party fact witnesses that the parties reasonably expect to testify at trial on behalf of their respective clients (who have not previously been deposed or are currently scheduled for deposition in the RNC cases). Defendants have been diligently working toward this deadline but, due to the tremendous number of potential witnesses now known to defendants, defendants need more time to pare down their lists. Accordingly, defendants request that the Court permit all parties until Friday, April 4, 2008 to serve the information required by Your Honor's order. Plaintiffs' counsel Jeffrey Rothman, James Meyerson, Daniel Alterman, Brian Raum, Beldock Levine, Stephan Peskin, Michael Spiegel, Alan Levine and Alan D. Levine consent to this request. No counsel has expressed any objection. If this meets with Your Honor's approval, would you please "so order" it? Thank you.

Very truly yours,

*James*
James Mirro

cc:    RNC Distribution List (by email)

3/31/08
Application granted.
SO ORDERED.
James C. Francis IV
USMJ